**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6604**

KELVIN BROOKS,

            Petitioner - Appellant,

        v.

JOHN LAMANNA, Warden,

            Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Florence.    Patrick Michael Duffy, District
Judge.   (4:07-cv-04045-PMD)

Submitted:  August 26, 2009        Decided: September 2, 2009

Before TRAXLER, Chief Judge,  and GREGORY and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Kelvin  Brooks,  Appellant  Pro  Se.  Barbara  Murcier  Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Brooks, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brooks v. LaManna</u>, No. 4:07-cv-04045-PMD (D.S.C. Mar. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2